ELECTRONICALLY FILED BY
BELDING, HARRIS & PETRONI, LTD.
ON 2/2/10

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

FIRSTGOLD CORP.
a Delaware corporation,

        Debtor.

_____/

Case No. 10-50215
(Chapter 11)

**EX-PARTE MOTION TO RESTRICT PUBLIC ACCESS TO DOCKET NO. 1 [VOLUNTARY PETITION] AND FOR ORDER AUTHORIZING DEBTOR TO REPLACE IMAGE OF VOLUNTARY PETITION**

Hrg. DATE: N/A
and  TIME:
Est. Time:
Set By:

    COMES NOW Debtor, FIRSTGOLD CORP. a Delaware corporation, by and through its attorney STEPHEN R. HARRIS, ESQ. of BELDING, HARRIS & PETRONI, LTD., Debtor above-named, and alleges as follows:

    1. Debtor filed a Voluntary Petition under Chapter 11, Title 11 of the United States Code, on January 27, 2010, at approximately 3:23 p.m.

    2. Due to an error caused by Debtor's attorney's bankruptcy preparation software, at the time the Debtor's Chapter 11 case was filed through an electronic upload of the Voluntary Petition directly from the attorney's software, the images of Schedules A, B, D, E, F, G, and H were included with the PDF image of the Voluntary Petition which is available for public viewing. The Schedules were incomplete and inaccurate at the time of the filing.

    3. Due to the incomplete and inaccurate nature of the information on Schedules A, B, D, E,

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-1-

F, G, and H, which are included in the image for Docket No. 1 - Voluntary Petition, Debtor would request that this Court enter an ex-parte Order immediately denying access to the public of the image for Docket No. 1, and allowing authorized Court personnel to re-docket a new image of the Voluntary Petition which does not include Schedules A, B, D, E, F, G, and H.

**WHEREFORE**, Debtor respectfully requests an Order from this Court immediately restricting any public access to the image for Docket No. 1 - Voluntary Petition, and authorizing Court personnel to re-docket a new image of the Voluntary Petition which is identical to the one filed by the Debtor on January 27, 2010, with the only exception being that Schedules A, B, D, E, F, G, and H would be excluded therefrom.

Dated this 2nd day of February, 2010.

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509

/s/ Stephen R. Harris
Attorney for Debtor

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-2-