

Entered on Docket
March 23, 2010

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
CHRIS D. NICHOLS, ESQ.
Nevada Bar No. 003123
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. BK-10-50215 gwz<br>(Chapter 11) |
| FIRSTGOLD CORP, | **FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) AND F.R.B.P. 4001(c)** |
| Debtor. | |
| _____ / | Hrg. DATE: March 10, 2010<br>Hrg. TIME: 8:30 A.M |

Based upon the MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c) ("Motion"), filed herein on February 4, 2010 [Docket No. 21], by FIRSTGOLD CORP., a Delaware corporation, Debtor and Debtor-In-Possession in the above Chapter 11 case ("Debtor"), by and through its attorney STEPHEN R. HARRIS, ESQ., of BELDING, HARRIS & PETRONI, LTD.;

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

4830-0790-8613.1
DRAFT 03/18/10 4:09PM

1

with a duly noticed hearing to consider the Motion on an interim lending basis, conducted on February 10, 2010 at 2:00 p.m., and a duly noticed hearing to consider the Motion on a final lending basis conducted on March 10, 2010 at 8:30 a.m.; with STEPHEN R. HARRIS, ESQ., and CHRIS D. NICHOLS, ESQ., of BELDING, HARRIS & PETRONI, LTD., appearing on behalf of the Debtor, and the Debtor's representative, TERRY LYNCH, also appearing in person; REW R. GOODENOW, ESQ., of PARSONS, BEHLE & LATIMER, appearing in person, and attorney DANIEL H. REISS, ESQ., of LEVENE, NEALE, BENDER, RANKIN & BRILL, LLP, appearing by telephone, on behalf of secured creditors PLATINUM LONG TERM GROWTH LLC and LAKEWOOD GROUP, LLC; and WILLIAM B. COSSITT, ESQ., appearing on behalf of the Office of the United States Trustee.

The Court having considered the Motion and the Opposition by PLATINUM LONG TERM GROWTH LLC and LAKEWOOD GROUP, LLC to the Debtor's MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c) [Docket No. 73]; DECLARATION OF ERIC KLEPFER IN SUPPORT OF OPPOSITION BY PLATINUM LONG TERM GROWTH LLC LAKEWOOD GROUP, LLC TO MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c) [Docket No. 76]; DECLARATION OF MARK MUELLER IN SUPPORT OF OPPOSITION BY PLATINUM LONG TERM GROWTH LLC LAKEWOOD GROUP, LLC TO MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c) [Docket No. 77]; the Court having also reviewed the REPLY IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c) [Docket No. 74]; and

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

4830-0790-8613 1
DRAFT 03/18/10 4:09PM

2

the DECLARATION OF TERRY LYNCH IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c) [Docket No. 75] ("Lynch Declaration"); and the Court having reviewed all the remaining papers and pleadings on file herein, and the Court having heard oral argument for and against the relief requested, and the testimony of TERRY LYNCH in support of the relief requested; and the Court having placed its Findings of Fact and Conclusions of Law on the record and incorporating them herein pursuant to F.R.Bankr.P. 7052 incorporating F.R.Civ.P. 52; good cause appearing:

**IT IS HEREBY ORDERED** that the MOTION FOR INTERIM AND FINAL ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c), wherein final Debtor-In-Possession financing approval is requested, is granted and approved in an amount not to exceed One Hundred Seventy Five Thousand Dollars ($175,000.00) through the period ending April 22, 2010 in accordance with the budget annexed as set forth in Exhibit "A" to the Lynch Declaration, by the issuance of Gold Notes ("Notes") and Loan Agreements, in the form attached and incorporated as Exhibit "A" to the INTERIM ORDER AUTHORIZING DEBTOR TO OBTAIN DEBTOR-IN-POSSESSION FINANCING UNDER 11 U.S.C. §364(b) and F.R.B.P. 4001(c) entered on February 24, 2010 [Docket No. 49] ("Interim Order"), in addition to the One Hundred Seventy Five Thousand Dollars ($175,000.00) previously granted and approved in the Interim Order; and

**IT IS FURTHER ORDERED** that the Debtor may not use any of the proceeds for payment of its laboratory payroll or Enviroscientists as previously referenced in Exhibit "B" to the Motion and Exhibit "A" to the Declaration of Terry Lynch, and further that the salaries of Debtor's CEO, Terry Lynch, be reduced to TEN THOUSAND NINE HUNDRED FIFTY DOLLARS ($10,950.00) per month, and the salary of James Kluber, the Chief Financial Officer of the Debtor shall be reduced

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

4830-0790-8613.1
DRAFT 03/18/10 4:09PM

3

to TEN THOUSAND NINE HUNDRED FIFTY DOLLARS ($10,950.00) per month with respect to any payments made from the Debtor-In-Possession financing proceeds and that the Debtor is allowed to continue funding its business operations through April 22, 2010, assuming finances permit payment of same.

Respectfully submitted by:

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509

_____
STEPHEN R. HARRIS, ESQ.
Attorney for Debtor
FIRSTGOLD CORP.

Approved/Disapproved this 18th day of March, 2010.

PARSONS, BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501

_____
REW R. GOODENOW, ESQ., of
PARSONS, BEHLE & LATIMER, on
behalf of secured creditors PLATINUM
LONG TERM GROWTH LLC and
LAKEWOOD GROUP, LLC.

#####

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

4830-0790-8613.1
DRAFT 03/18/10 4:09PM

4